IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RAUL GONZALEZ | § | |
| v. | § | CIVIL ACTION NO. 6:18cv574 |
| LORIE DAVIS, ET AL. | § | |

ORDER OF PARTIAL DISMISSAL
OF THE DEFENDANT OFFICER DESTINY BLAIR

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the motion to dismiss filed by the Defendant Officer Destiny Blair, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Defendant Officer Blair's motion to dismiss (docket no. 37) is **GRANTED** and the claims against Officer Blair are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted. Officer Blair is **DISMISSED** as a party to this lawsuit. This dismissal shall have no effect upon the remaining claims or Defendants in the case.

**SIGNED** this the **31** day of **August, 2020.**

Thad Heartfield
United States District Judge