IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RAUL GONZALEZ | § | |
| v. | § | CIVIL ACTION NO. 6:18cv574 |
| LORIE DAVIS, ET AL. | § | |

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love.  The Magistrate Judge issued a Report recommending dismissal on October 22, 2020, and Plaintiff received it on October 27. He filed a motion for extension of time to object, which was granted until December 30, 2020.  To date, however, no objections have been received.

The Court has reviewed the pleadings and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court.  It is accordingly

**ORDERED** that the motion for summary judgment of the Defendants Pam Pace and Pamela Willingham (docket no. 54) is **GRANTED** and the claims against these Defendants are **DISMISSED WITH PREJUDICE**.  Because these are the last remaining Defendants in the case, it is further

**ORDERED** that the lawsuit is **DISMISSED** in its entirety.  All motions not previously ruled on are **DENIED**.

**SIGNED** this the 6 day of **January, 2021.**

_____
Thad Heartfield
United States District Judge